UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

| | |
|---|---|
| YASEMIN GUMUS, as the Natural Mother and Legal Guardian of B.G., an Infant, | Case No.: 1:20-cv-01084-ENV-RER |
| Plaintiff, | **RULE 7.1 STATEMENT** |
| -against- | |
| TURK HAVA YOLLARI ANONIM ORTAKLIGI, d/b/a TURKISH AIRLINES and TURKISH AIRLINES, INC., | |
| Defendant. | |

---------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant Turk Hava Yollari Anonim Ortakligi certifies that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      March 30, 2020

CLYDE & CO US LLP

By: _____
    Christopher Carlsen
    Nicholas Magali
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174
(212) 710-3900

Attorneys for Defendant
Turk Hava Yollari Anonim Ortakligi